UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JACOB NATHANIAL SIRECI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-066 |
| | ) | |
| CHATHAM COUNTY SHERIFF'S OFFICE, *et al.*, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

Plaintiff filed a 42 U.S.C § 1983 Complaint challenging that he was denied medical attention and restrain during an altercation. Doc. 1. Because plaintiff is a prisoner at Chatham County Jail, the Court ordered him to return the Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account. *Id*. at 4-5. However, the Court also warned plaintiff—who had signed his name as "Jacob Nathanial Sireci *UCC 1-207; UCC 1-308; UCC 3-305; UCC 3-505; UCC 3-408 doing business as* Ex Rel."—that it was not in the habit of accepting this mumbo jumbo in lieu of a signature. *Id*. at 1. Nevertheless, plaintiff persisted in signing his name in this fashion on both his returned forms. Doc. 4; doc. 5. Sireci also acknowledged that

he was *deliberately* refusing to comply with the Court's instructions in a letter he sent along with his forms which states:

> p.s. Just Because I'm A Sovereign Citizen And Flesh And Blood Man it Does Not Mean that I Won't Work With The Government At All I'm Just Protecting my Freedom.

Doc. 6. This letter, combined with his signatures on his returned forms provides clear evidence that plaintiff *does not* intend to litigate this case appropriately. Sireci has instead shown a flagrant disregard for the directions and orders of this Court. This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* L.R. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). As a result, his case should be **DISMISSED**.[1]

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C.

---

[1] Plaintiff has 14 days to object to this Report and Recommendation. Thus, he has 14 days to file corrected forms with the Court. To that end, the Clerk is **DIRECTED** to re-send plaintiff blank Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms.

2

§ 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 12th day of April, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA