IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACOB NATHAN SIRECI,

    Plaintiff,

v.

CHATHAM COUNTY SHERIFF'S OFFICE; CCSO MEDICAL STAFF; PVT. REED; CPL. NEVELS; CT. BLANTON; OFFICER WALKER; PVT. MACK; and COT GIBBSON;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-66

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 12, 2019 Report and Recommendation, (doc. 7), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to comply with a court order and has evidenced his clear intent not to appropriately litigate his case. The case is accordingly **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 10th day of May, 2019.

    R. STAN BAKER
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF GEORGIA