# United States District Court
## Southern District of Georgia

JACOB NATHAN SIRECI,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-66

CHATHAM COUNTY SHERIFF'S OFFICE; et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 10, 2019, the Court ADOPTS the Report and Recommendation that Plaintiff has failed to comply with a court order and has evidenced his clear intent not to appropriately litigate his case. The case is accordingly DISMISSED without prejudice.

This case stands CLOSED.

Approved by: _____

May 15, 2019
Date



Scott L. Poff
Clerk

_____
(By) Deputy Clerk